JUDITH A. PHILLIPS
Acting United States Attorney
District of Hawaii

MICHAEL NAMMAR
MARK INCIONG CA BAR #163443
MICAH SMITH
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: michael.nammar@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jun 3, 2021, 2:23pm
Michelle Rynne, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. **21-00082 LEK** |
|---|---|
| Plaintiff, | ) NOTICE OF RELATED CASE |
| vs. | ) |
| TRICIA CASTRO, | ) |
| Defendant. | ) |

NOTICE OF RELATED CASE

Pursuant to Hawaii Local Rule 40.2 and Crim. Local Rule 12.3, the United States Attorney gives notice herein that the above-captioned Information involves the same transaction(s) and subject matter as the following previous proceedings: <u>United States v. Michael Miske, et al.</u>, Cr. No. 19-00099 DKW-KJM.

DATED: June 3, 2021, Honolulu, Hawaii.

Respectfully submitted,

JUDITH A. PHILLIPS
Acting United States Attorney
District of Hawaii


By  /s/ Michael Nammar
    MICHAEL NAMMAR
    MARK INCIONG
    MICAH SMTIH
    Assistant U.S. Attorneys

    Attorneys for Plaintiff
    UNITED STATES OF AMERICA