WARNING:     **THIS DOCUMENT IS FILED UNDER SEAL PURSUANT TO CRIMINAL L.R.5.2**

**EDWARD M. ROBINSON (CA Bar 126244)**
Law Office of Edward M. Robinson
21515 Hawthorne Blvd, Suite 730
Torrance, CA 90503
Office:  (310) 316-9333
Facsimile: (800) 285-1692
eroblaw@gmail.com

**KEVIN GERARD O'GRADY (HI Bar 008817)**
Law Office of Kevin O'Grady, LLC
1136 Union Mall, Ste 808
Honolulu, HI 96813
Office: (808)521-3367
Facsimile: (808) 521-3369
Kevin@KevinOGradyLaw.com

Attorneys for Defendant
Tricia Castro

# IN UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TRICIA CASTRO,<br><br>    Defendant. | CR NO. 21-00082 DKW<br><br>**DEFENDANT'S SENTENCING STATEMENT; CERTIFICATE OF SERVICE** |

DEFENDANT'S SENTENCING STATEMENT

1

Defendant, Tricia Castro as well as her counsel of record, Edward M Robinson, has received and reviewed the proposed Presentence Report. Counsel for Miss Castro has no amendments or modifications to the proposed Presentence Report, and counsel presently has no other factual information relevant to those areas addressed in the proposed Presentence Report.

Dated: January 8, 2025 at Los Angeles, California

/s/ *Edward M. Robinson*
EDWARD M. ROBINSON
Attorney for Defendant
TRICIA CASTRO

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served via Email:

| | |
|---|---|
| Cheyenne McKee<br>U.S Probation Officer Assistant<br>300 Ala Moana Boulevard, Room 2-300<br>Honolulu, HI 96850 | Cheyenne_mckee@hip.uscourts.gov |
| Michael Nammar<br>Mark A. Inciong<br>Assistant U.S Attorneys<br>Room 6100, PJKK Federal Building<br>300 Ala Moana Boulevard<br>Honolulu, HI 96850 | Michael.Nammar@usdoj.gov<br>Mark.Incoing@usdoj.gov |

Dated: January 8, 2025 at Los Angeles, California

/s/ *Edward M. Robinson*
EDWARD M. ROBINSON
Attorney for Defendant
TRICIA CASTRO